# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAYNE E. KUHNS and SHANNON C. KUHNS, | : | CIVIL NO.: 4:15-CV-01197 |
| Plaintiffs, | : | |
| v. | : | (Chief Magistrate Judge Schwab) |
| THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, | : | |
| Defendant. | : | |

## ORDER
September 29, 2017

Upon consideration of the parties' cross motions (*docs. 20*, *24*) for summary judgment, and for the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendant's motion (*doc. 20*) is **GRANTED**, and Plaintiffs' motion (*doc. 24*) is **DENIED**. The Clerk of Court shall enter judgment in favor of Defendant and against Plaintiffs and shall close this file.

*S/Susan E. Schwab*
Susan E. Schwab
United States Chief Magistrate Judge